**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**DEIDRA BYRD,**

        Plaintiff,

**v.**                                             **Civil Action No. 3:20cv979**

**ELLEN MARIE HESS,** *et al.*,

        Defendants.

**ORDER**

On December 28, 2020, the Court issued an Order directing Plaintiff Deidra Byrd to file the correct *in forma pauperis* form and an amended complaint no later than February 1, 2021. (ECF No. 2.)  To date, the Court has not received a revised *in forma pauperis* application or an amended complaint from Ms. Byrd.  There being no response to the Order, the Court DENIES Ms. Byrd's Motion to proceed *in forma pauperis*.  (ECF No. 1.)

Due to Ms. Byrd's failure to comply with the guidance in the Court's December 28, 2020 Order, the Court DISMISSES Ms. Byrd's case WITHOUT PREJUDICE for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

The Court DIRECTS the Clerk to send a copy of this Order to Plaintiff.

It is so ORDERED.

                                 /s/
                                M. Hannah Lauck
                                United States District Judge

Richmond, Virginia
Date:  February 18, 2021